**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| SCOT A. FENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 14-00253-CV-W-DW |
| | ) | |
| BNSF RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Joint Status Report (Doc. 144) advising that the parties have reached an agreement for the full and complete settlement of all claims in this matter. The parties further advised that they intended to complete the terms of the settlement and file a dismissal with the Court by the week of March 14, 2016. To date, however, no dismissal has been filed. It is therefore ORDERED that:

1. The trial set to commence on April 4, 2016 is cancelled; and

2. On or before March 30, 2016, the parties shall file a stipulation of dismissal.

SO ORDERED.

Date: March 28, 2016 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge