# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| SCOT A. FENTON ) | |
| ) | |
| Plaintiff, ) | Case No. 4:14-CV-00253ODS |
| v. ) | |
| ) | |
| BNSF RAILWAY COMPANY, ) | |
| a Delaware Corporation ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Scot Fenton and Defendant BNSF Railway Company, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal with prejudice of Plaintiffs' claims against Defendant BNSF Railway Company, with each party to bears its own costs.

Respectfully submitted by:

**YERETSKY & MAHER, L.L.C.**

By: /s/ Sean P. Hamer
    Sean P. Hamer        MO#48153
    Thomas J. Koehler    MO#41068
P.O. Box 26035
Kansas City, Missouri 64196
Telephone: (816) 842-5566
Facsimile:  (816) 842-3534
shamer@ymllc.com
tkoehler@ymllc.com
**ATTORNEYS FOR DEFENDANT
BNSF RAILWAY COMPANY**

AND

<pre>
                              By:    /s/ William McMahon
                              William McMahon          IL#6280600
                              Matthias Gill            IL#6282953
                              Hoey & Farina, PC
                              542 S. Dearborn Street, Suite 200
                              Chicago, IL 60605
                              (312) 939-1212 (Office)
                              (312) 939-7842 (Facsimile)
                              wmcmahon@hoeyfarina.com

                              R. Brent Hankins         MO#42581
                              R. Brent Hankins, PC
                              117 W. 20th Street, Suite 201
                              Kansas City, MO 64108
                              (816) 471-8419 (Office)
                              (816) 531-3600 (Facsimile)
                              brent@hankinslaw-pc.com
                              **ATTORNEYS FOR PLAINTIFF**
</pre>

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following. In addition, a hard copy was sent via U.S. Mail, postage prepaid, to the following:

William McMahon
Hoey & Farina, PC
542 S. Dearborn Street, Suite 200
Chicago, IL 60605
(312) 939-1212 (Office)
(312) 939-7842 (Facsimile)
wmcmahon@hoeyfarina.com

R. Brent Hankins
R. Brent Hankins, PC
117 W. 20th Street, Suite 201
Kansas City, MO 64108
(816) 471-8419 (Office)
(816) 531-3600 (Facsimile)
brent@hankinslaw-pc.com
**ATTORNEYS FOR PLAINTIFF**

        /s/Sean P. Hamer
Sean P. Hamer