# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| SCOT A. FENTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 14-00253-CV-W-DW |
| ) | |
| BNSF RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 146). Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice, with each party to bear his/its own costs.

SO ORDERED.


Date: April 4, 2016                                /s/ Dean Whipple
                                                   Dean Whipple
                                                   United States District Judge